IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Patricia Simons, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 11 C 6605 |
| United Recovery Systems, LP, a Texas limited partnership, | ) ) ) ) | Judge Dow |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate to the dismissal of Plaintiff's claims against the Defendant with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 13, 2011

/s/ David J. Philipps_____      /s/ Matthew T. Glavin\_\_\_\_\_
One of Plaintiff's Attorneys      One of Defendant's Attorneys

David J. Philipps (Ill. Bar No. 06196285)      Matthew T. Glavin (Ill. Bar No. 6299860)
Mary E. Philipps (Ill. Bar No. 06197113)      Hinshaw & Culbertson, LLP
Philipps & Philipps, Ltd.      222 N. LaSalle Street
9760 S. Roberts Road, Suite One      Suite 300
Palos Hills, Illinois 60465      Chicago, Illinois 60601
davephilipps@aol.com      mglavin@hinshawlaw.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

_____
Judge Robert M. Dow, Jr.,
United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2011, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| David M. Schultz | dschultz@hinshawlaw.com |
| Matthew T. Glavin | mglavin@hinshawlaw.com |
| Hinshaw & Culbertson, LLP | |
| 222 N. LaSalle Street | |
| Suite 300 | |
| Chicago, Illinois 60601 | |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com