## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Patricia Simons

                        Plaintiff,

v.                                                Case No.: 1:11–cv–06605
                                                     Honorable Robert M. Dow Jr.

United Recovery Systems, LP

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Stipulation of Dismissal [8], this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. Status hearing date of 1/6/2012 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.